UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON


GLENDA F. COTTRELL,

          Plaintiff,


v.                                    Civil Action No. 2:13-11827


CAROLYN W. COLVIN
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.


MEMORANDUM OPINION AND ORDER


          The court having received the Proposed Findings and
Recommendation of United States Magistrate Judge Dwane L. Tinsley,
entered on August 18, 2014; and the magistrate judge having
recommended that the court affirm the final decision of the
commissioner and dismiss this matter from the court's docket; and
no objection having been filed to the Proposed Findings and
Recommendation, it is ORDERED that:

   1.   The findings made in the Proposed Findings and
        Recommendation of the magistrate judge be, and hereby are,
        adopted by the court and incorporated herein;

   2.   The decision of the Commissioner be, and hereby is,
        affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED:  September 5, 2014

John T. Copenhaver, Jr.
United States District Judge